■ In the Matter of the Arbitration between CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., LOCAL 1000, AFSCME, AFL-CIO, et al., Respondents, and NEW YORK STATE BRIDGE AUTHORITY, Appellant. (And Another Related Proceeding.) [983 NYS2d 751]— Appeal from an order of the Supreme Court (Zwack, J.), entered January 16, 2013 in Ulster County, which, among other things, granted petitioners' application pursuant to CPLR 7510 to confirm an arbitration award.

Order affirmed, upon the opinion of Justice Henry F. Zwack.

Peters, P.J., Garry, Rose and Egan Jr., JJ., concur. Ordered that the order is affirmed, without costs.